JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTHMANE FATHI,<br><br>    Plaintiff,<br><br>    v.<br><br>SADDLEBACK VALLEY UNIFIED<br>SCHOOL DISTRICT,<br><br>    Defendant. | Case No. SA CV 20-0555 FMO (DFMx)<br><br>**JUDGMENT** |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 14th day of July, 2020.

/s/
Fernando M. Olguin
United States District Judge